1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTONIA C. SMITH,

11           Plaintiff,                    2:12-cv-718-GEB-EFB PS

12      vs.

13   DANIEL HORTON; THE RIDGEWAY
     COURTHOUSE; and CPS;

14
             Defendants.            FINDINGS AND RECOMMENDATIONS

15   _____/

16      This action, in which plaintiff is proceeding *in propria persona* and *in forma pauperis*, is

17   before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28

18   U.S.C. § 636(b)(1). On April 19, 2012, the court dismissed plaintiff's complaint and granted

19   plaintiff thirty days to file an amended complaint. Dckt. No. 3. Then, on May 8, 2012, plaintiff

20   filed a document labeled "First Amended Complaint." Dckt. No. 4. However, because the

21   purported amended complaint was not a complete amended complaint and instead was intended

22   as a supplement to plaintiff's initial complaint, on May 9, 2012, the court dismissed plaintiff's

23   purported amended complaint. Dckt. No. 5. Plaintiff was granted thirty days to file a proper

24   second amended complaint and was warned that failure to file a second amended complaint

25   would result in a recommendation that this action be dismissed. *Id.* at 3.

26   ////

1

1   The thirty day period has expired and plaintiff has not filed a second amended complaint

2   or otherwise responded to the court's order.  Accordingly, IT IS HEREBY RECOMMENDED

3   that this action be dismissed without prejudice, and that the Clerk be directed to close this case.

4   Fed. R. Civ. P. 41(b); L.R. 110.

5   These findings and recommendations are submitted to the United States District Judge

6   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

7   after being served with these findings and recommendations, any party may file written

8   objections with the court and serve a copy on all parties.  Such a document should be captioned

9   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

10  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

11  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

12  Dated:  June 25, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26