IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIA C. SMITH,

        Plaintiff,                   2:12-cv-718-GEB-EFB PS

     vs.

DANIEL HORTON; THE RIDGEWAY COURTHOUSE; and CPS;

        Defendants.               FINDINGS AND RECOMMENDATIONS

       This action, in which plaintiff is proceeding *in propria persona* and *in forma pauperis*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On April 19, 2012, the court dismissed plaintiff's complaint and granted plaintiff thirty days to file an amended complaint. Dckt. No. 3. Then, on May 8, 2012, plaintiff filed a document labeled "First Amended Complaint." Dckt. No. 4. However, because the purported amended complaint was not a complete amended complaint and instead was intended as a supplement to plaintiff's initial complaint, on May 9, 2012, the court dismissed plaintiff's purported amended complaint. Dckt. No. 5. Plaintiff was granted thirty days to file a proper second amended complaint and was warned that failure to file a second amended complaint would result in a recommendation that this action be dismissed. *Id.* at 3.

////

1 The thirty day period has expired and plaintiff has not filed a second amended complaint
2 or otherwise responded to the court's order.  Accordingly, IT IS HEREBY RECOMMENDED
3 that this action be dismissed without prejudice, and that the Clerk be directed to close this case.
4 Fed. R. Civ. P. 41(b); L.R. 110.

5 These findings and recommendations are submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
7 after being served with these findings and recommendations, any party may file written
8 objections with the court and serve a copy on all parties.  Such a document should be captioned
9 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
10 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
11 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
12 Dated:  June 25, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE